JANUARY 26, 1939

**No. 40571.—**Protest 872387–G of Eimer & Amend. C. D. 64. Application by Government denied.

**No. 40572.—**Protest 924432–G of Alfred Dunhill of London, Inc. C. D. 70. Application by Government for rehearing granted.

BEFORE THE THIRD DIVISION, FEBRUARY 1, 1939

**No. 40573.—**Protest 603878–G of Julius Wile Sons & Co. (New York).

Opinion by EVANS, J. The appraiser reported that the merchandise consists of cheese sticks. On the authority of Abstract 17532 the claim at 20 percent under paragraph 1558 was sustained.

**No. 40574.—**Protests 653864–G, etc., of R. T. French Co. (Philadelphia).

Opinion by EVANS, J. In accordance with stipulation of counsel savory leaves the same as those passed upon in Abstract 39254, basil leaves like those the subject of *United States* v. *Penick* (24 C. C. P. A. 436, T. D. 48901), and laurel leaves the same as those the subject of Abstract 37263, were held free of duty under paragraph 1722. Following Abstract 36805 thyme leaves were held free of duty as a crude drug under paragraph 1669.

**No. 40575.—**Protest 748039–G of May Dept. Stores Co. (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Schall* v. *United States* (T. D. 47385) angelica was held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 40576.—**Protest 928616–G of Universal Commercial Corp. (New York).

Opinion by EVANS, J. The protest was submitted without testimony. On the record presented it was overruled.

**No. 40577.—**Protests 716705–G, etc., of E. Awad & Sons, Inc., et al. (New York).

Opinion by EVANS, J. No evidence was offered in support of the claims made. On the records presented the protests were overruled.

**No. 40578.—**Protests 702683–G, etc., of Acheson Harden Co. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.